IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

Casey M Puckett & All Others Similarly Situated, )
)
Plaintiff(s), )
)
v. )   Case No. _____
)
Dale L. Somers, Lynette R. Bakker & Richard Wieland, )
)
Defendant(s). )

JAN 26 2015

Clerk, U.S. District Court
By smg Deputy Clerk

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Casey M Puckett & All Others Similarly Situated, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably diligent effort under the circumstances to obtain an attorney to represent me. I understand that the

court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff <u>confer with</u> (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1)   Name of Attorney Donald Harris
      Firm Name Law Office of Donald Harris
      Address 158 Columbus Ave., Sandusky, OH 44870
      Date(s) of Contact 11/20/2014
      Method of Contact Telephone

      Response Received Requested 4500.00 to start

(2)   Name of Attorney Brad Pistonik
      Firm Name Law Office of Brad Pistonik
      Address 10111 E 21st St N No 204, Wichita KS 67206
      Date(s) of Contact 01/20/2015
      Method of Contact Telephone

      Response Received Didnt handle cases like this, he was out for medical reasons too

(3)   Name of Attorney Vincent Garcia
      Firm Name Garcia Law Office
      Address 1851 N. Broadway St., Wichita, KS 67214
      Date(s) of Contact 01/20/2015
      Method of Contact Telephone

      Response Received Said didnt handle cases like this.

4) Name of Attorney Dustin DeVaughn & Richard James
Firm Name DeVaughn James Injury Lawyers
Address 3241 N Toben St, Wichita, KS 67226
Date(s) of Contact 01/22/2015
Method of Contact Telephone

Response Received Said doent handle cases like this

(5) Name of Attorney ACLU
Firm Name ACLU
Address 3601 Main St, Kansas City, MO 64111
Date(s) of Contact 01/20/2015
Method of Contact Telephone

Response Received Was told fought for civil rights that are more injury related, bodily.

(6) Name of Attorney _____
Firm Name _____
Address _____
Date(s) of Contact _____
Method of Contact _____

Response Received _____

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☐    No ☑

OR

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☑    No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

We have called 20 or more attorneys and civic organizations, all with the same answer, they are not interested in a case that affects them or their friends, our competition.

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/22/2015
(date)

Signature of Plaintiff

Casey M Puckett
Name (print or type)

1624 S Rutan
Address

Wichita                KS            67218
City                   State         Zip Code

316-312-4748
Telephone Number

## CERTIFICATE OF SERVICE
(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on 01/22/2015           , I served the foregoing document by depositing a true and correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

Name Dale L. Somers
Address 401 N. Market
Wichita, KS 67203
Phone Number
Email Address

## CERTIFICATE OF SERVICE
(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on  01/22/2015           , I served the foregoing document by depositing a true and correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party;
for unrepresented parties list the name and address of each party]*

Name Richard Wieland
Address 301 N. Main, Ste 1150
Wichita, KS 67202
Phone Number
Email Address

**CERTIFICATE OF SERVICE**
(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on 01/22/2015 _____, I served the foregoing document by depositing a true and correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party;*
*for unrepresented parties list the name and address of each party]*

Name Lynette R. Bakker
Address 120 SW 10th Ave, 2nd Fl
Topeka, KS 66612
Phone Number _____
Email Address _____